[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 18, 2005
THOMAS  K. KAHN
CLERK

No. 05-11269
Non-Argument Calendar

_____

D. C. Docket No. 04-20541-CR-JEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANA CECILIA VARGAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(October 18, 2005)**

Before TJOFLAT, HULL and WILSON, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Ana Cecilia Vargas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vargas's conviction and sentence are **AFFIRMED**.